UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2015 DEC 17 PM 4:05

CLERK

BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>) No.<br>)<br>HOWARD HOISINGTON, )<br>JONATHAN ZAMPIERI, and )<br>TAMMY WILDER, )<br>    Defendants. ) | 2:15-cr-174 |

INDICTMENT

Count One

The grand jury charges that:

In or about December 2015, in the District of Vermont, defendants HOWARD HOISINGTON, JONATHAN ZAMPIERI, and TAMMY WILDER conspired to obstruct, delay, and affect commerce and the movement of articles in commerce by robbery and to commit and threaten physical violence to persons and property in furtherance of robbery, namely the unlawful taking and obtaining of personal property, drugs and money, by means of actual or threatened force, violence, and fear of injury.

(18 U.S.C. § 1951(a))

A TRUE BILL

_____
FOREPERSON

_____ (WLF) for
ERIC S. MILLER
United States Attorney
Burlington, Vermont
December 17, 2015